```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------

YANICE IDIR,

                Plaintiff,        19cv6251 (JGK)

    - against -                ORDER

LA CALLE TV, LLC,

                Defendant.

-----------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The defendant shall respond in writing to this Order to show cause for a default judgment by May 12, 2020. If the defendant fails to respond by that date, judgment may be entered against him and he will have no trial. The plaintiff may reply by May 13, 2020.

    The plaintiff shall serve a copy of this Order to show cause by May 6, 2020 and shall file proof of service by May 13, 2020. No personal appearances are required in connection with this Order to Show Cause.

SO ORDERED.

Dated:    New York, New York  
           May 4, 2020      /s/ John G. Koeltl  
                                      John G. Koeltl  
                            United States District Judge