**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YANICE IDIR,
                Plaintiff,

                                                                          19 **CIVIL** 6251 (JGK)

             -against-                                 **DEFAULT JUDGMENT**

LA CALLE TV, LLC,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Opinion and Order dated July 15, 2020, the plaintiff's motion for a default judgment is granted. The Court finds that the plaintiff is entitled to an award of $2,500 in statutory damages. In addition, the plaintiff is entitled to an award of $2,975 in attorney's fees and $440 in costs. Judgment is entered in favor of the plaintiff and against the defendant in the total amount of $5,915; accordingly, the case is closed.

**DATED**: New York, New York
            July 16, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                          **Clerk of Court**
                                          **BY:** ___*K. Mango*_____
                                                         **Deputy Clerk**